

**KREINCES &
ROSENBERG**
*Attorneys*

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

> In light of Defendant's representations at Doc. 33, Plaintiff's application is denied to the extent it seeks a reference to Magistrate Judge Krause for discovery purposes.
>
> The parties are directed to meet and confer with respect to any outstanding discovery disputes. Should existing discovery deadlines need to be extended, the parties shall request to do so in accordance with the Court's Individual Practices.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 32.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       November 18, 2022

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Endico Potatoes, Inc. v. L. Dontis Produce and James G. Koutsodontis
           Case No.: 22CV4068(PMH(AEK)

Dear Judge Halpern:

    We represent the plaintiff, Endico Potatoes, Inc. ("Endico") in the above-entitled action.

    The Court, in its prior Order, continued the above-entitled action against the corporate defendant and stayed the action against the individual defendant. In that regard, I served several document discovery requests which were returnable last week, however, I have not received a response to my requests.

    I respectfully request that the matter be referred to U.S. Magistrate Judge Krause to supervise the discovery proceedings in this case. The parties should engage in a new Civil Management Order in view of the lapse of time since the filing of the petition in bankruptcy by the individual defendant.

    I had written to the attorney for the corporate defendant prior hereto concerning my intention to proceed as outlined herein. I have not received a response from him. I can only assume that he has no serious objection to proceeding before the Magistrate Judge for discovery purposes only.

The courtesy and cooperation of Chambers is appreciated.

Respectfully yours,

LEONARD KREINCES

LK/dm
cc: Morrison & Tenenbaum, PLLC (via ECF)

https://kresq.sharepoint.com/sites/DATA/Shared Documents/Data/kreinces1/WORK/General/EndicoPotatoes/v.
Dontis/judge.ltr.11.17.22.docx