UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENDICO POTATOES, INC.,

                Plaintiff,

-against-

JAMES KOUTSODONTIS, et al.,

                Defendants.

**ORDER**

22-CV-04068 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

     A Case Management Conference was held on March 23, 2023. Counsel for all parties appeared. As discussed on the record, discovery in this matter closed with respect to Defendant L. Dontis Produce Company, Inc. (the "Company") on February 10, 2023, pursuant to the Civil Case Discovery Plan and Scheduling Order. (*See* Doc. 36). Plaintiff advised that Defendant James Koutsodontis (the "Individual") was no longer necessary to the case given the prosecution of Plaintiff's creditor claims in the Individual's ongoing bankruptcy.

     The Court, accordingly, determined that the case should go forward to trial against the Company, despite the stay against the Individual. The Court directed that the parties to: (i) meet and confer regarding pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices; and (ii) file such materials by May 19, 2023.

                                                  **SO ORDERED:**

Dated:   White Plains, New York
             March 23, 2023

                                                  PHILIP M. HALPERN
                                                  United States District Judge