UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENDICO POTATOES INC.,

                Plaintiff,        Case No.:22CV04068(PMH)

-against-                        **JUDGMENT**

L. DONTIS PRODUCE COMPANY
INCORPORATED and JAMES G.
KOUTSODONTIS,

                Defendants.

---

Upon the filing of defendant, L. Dontis Produce Company Incorporated's ("L. Dontis") offer of judgment in the sum of $1,470,061.57 and the plaintiff,'s acceptance of the offer, it is

ORDERED, ADJUDGED AND DECREED that there being no reason for delay the Court dictates entry of final judgment; and it is further

ORDERED, that plaintiff, ENDICO POTATOES, INC., have judgment against the defendant, L. Dontis, in the amount of $1,470,061.57 inclusive of prejudgment interest, costs and disbursements of this action.

White Plains, New York     _____

May 23, 2023                  Philip M. Halpern  ~~U.S.D.J.~~
                                  United States District Judge

This document was entered on the docket on

1