UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENDICO POTATOES INC.,

                Plaintiff,        Case No.:22CV04068(PMH)

-against-                ~~AMENDE~~D JUDGMENT

L. DONTIS PRODUCE COMPANY
INCORPORATED and JAMES G.
KOUTSODONTIS,

                Defendants.

---

    Upon the filing of defendant, L. Dontis Produce Company Incorporated's offer of judgment in the sum of $1,470,061.57 and the plaintiff,'s acceptance of the offer, it is

    ORDERED, ADJUDGED AND DECREED that there being no reason for delay the Court dictates entry of final judgment; and it is further

    ORDERED, that plaintiff, ENDICO POTATOES, INC, have judgment against the defendant, L. DONTIS PRODUCE COMPANY INCORPORATED, in the amount of $1,470,061.57 inclusive of prejudgment interest, costs and disbursements of this action. The Judgment entered by the Court on May 23, 2023 is hereby vacated.

White Plains, New York
May 25, 2023

                              _____
                              Philip M. Halpern
                              United States District Judge

This document was entered on the docket on _____