UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDICO POTATOES, INC.,

        Plaintiff,

-against-

JAMES KOUTSODONTIS, et al.,

        Defendants.

**ORDER**

22-CV-04068 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff is directed to, by **November 18, 2024**, file a letter via ECF advising the Court of the status of the bankruptcy proceeding as to Defendant James Koutsodontis.

SO ORDERED:

Dated: White Plains, New York
       November 4, 2024

_____
PHILIP M. HALPERN
United States District Judge