UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDICO POTATOES, INC.,

        Plaintiff,

-against-

JAMES KOUTSODONTIS, et al.,

        Defendants.

**ORDER**

22-CV-04068 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff is directed to, by **February 17, 2025**, file a letter via ECF advising the Court of the status of the bankruptcy proceeding as to Defendant James Koutsodontis.

                                  SO ORDERED:

Dated:  White Plains, New York
          February 3, 2025

_____
PHILIP M. HALPERN
United States District Judge